UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DEAN WRIGHT,

                    Plaintiff,

                                                                          <u>ORDER</u>

                                                                             05-CV-6052L

               v.

T. DIXON, KEITH F. DUBRAY,
and DONALD SELSKY,

                    Defendant.
_____

      Plaintiff's motion for reconsideration of this Court's Order of June 23, 2005 denying his motion for summary judgment is in all respects denied.

      IT IS SO ORDERED.

                                        _____
                                           DAVID G. LARIMER
                                       United States District Judge

Dated: Rochester, New York
       July 7, 2005.